United States District Court
for the District of New Jersey

_____

**LELITH GRANT-BERGEN**

           Plaintiff

           vs.

**METROPOLITAN LIFE INSURANCE COMPANY, ET AL.**

           Defendant
_____

Civil No. 08-4829

Order of Reassignment

It is on this 12th day of May 2009,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Dickinson R. Debevoise.

                                              S/Garrett E. Brown, Jr.
                                        Garrett E. Brown, Jr., Chief Judge
                                        United States District Court